Chicago, R. I. & P. Ry. Co. v Board of Com'rs of Canadian County et al.

It therefore follows, under the rules of law designed to protect the integrity of contracts and without which trade and commerce would be confined to the narrow limits of barter and exchange, that defendant is liable for the damages sustained by Swift & Co. on account of such breach. No complaint is made that the trial court did not correctly determine the amount of the damage.

The exceptions should be overruled, and the judgment appealed from affirmed.

By the Court: It is so ordered.

---

CHICAGO, R. I. & P. RY. CO. v. BOARD OF COM'RS OF CANADIAN COUNTY *et al.*

No. 3762. Opinion Filed July 28, 1914.

(142 Pac. 315.)

**APPEAL AND ERROR**—Dismissal—Failure to File Briefs. Where plaintiff in error files no brief as required by rule 7 (38 Okla. vi, 137 Pac. ix) of this court, the appeal will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from District Court, Logan County;*
*A. H. Huston, Judge.*

Action by the Chicago, Rock Island & Pacific Railway Company against the Board of County Commissioners of Canadian County and others. Judgment for defendants, and plaintiff brings error. Dismissed.

*C. O. Blake,* for plaintiff in error.

*Hinch & Bradley,* for defendants in error.

Opinion by BREWER, C. Suit by the Chicago, Rock Island & Pacific Railway Company, a corporation, against the board of county commissioners of Canadian county, Okla., Geo. D. Haworth, as county treasurer of Canadian county, Okla., and Geo.

D. Haworth, personally, and others. Judgment for the defendants, and plaintiff appeals.

The petition in error and case-made was filed in this court April 2, 1912, in this case. The plaintiff in error failed to file briefs in the cause as required by rule 7 (38 Okla. vi, 137 Pac. ix) of this court, and the petition in error shall therefore be dismissed for want of prosecution. *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200.

By the Court: It is so ordered.